1  L. Bishop Austin, Esq.
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Attorney for Debtor(s)
4

**FILED**
JUL 16 2004
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

**ENTERED**
JUL 19 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

In Re:

Jose D. Hernandez

Debtor(s)

CHAPTER 13
CASE NO. LA03-26968-AA

ORDER AFTER HEARING ON
DEBTOR'S MOTION FOR AN ORDER
VACATING ENTRY OF DISCHARGE
IN A CHAPTER 7 CASE ENTERED
ON OCTOBER 6, 2003.

DATE:      07/15/2004
TIME:      11:00 AM
COURTROOM: 1375

18  The hearing on the Debtor's motion come on regular notice
19  of July 15, 2004 at 11:00 A.M. in the above-entitled court. The
20  court, having considered all the evidences, finds that this
21  motion is granted.

22  **IT IS SO ORDERED.**

23  Date: 7/16/04

    _____
    HONORABLE ALAN M. AHART
    UNITED STATES BANKRUPTCY JUDGE

Order on Motion                    1

**PROOF OF SERVICE BY MAIL**

I _LUIS TORRES_, declare that:

I am employed in the County of Los Angeles, California. My business address is: 3250 Wilshire Blvd., Ste #1500, Los Angeles, California 90010. I am over the age of eighteen years and not a party to this cause.

On _JULY 16, 2004_ I served the ORDER AFTER HEARING ON DEBTOR'S MOTION FOR AN ORDER VACATING ENTRY OF DISCHARGE IN A CHAPTER 7 CASE ENTERED ON OCTOBER 6, 2003. in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

L. Bishop Austin
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

Chapter 13 Trustee
700 S. Flower St., Ste 1950
Los Angeles, CA 90017

Chapter 7 Trustee
Rosendo Gonzalez
515 S. Figueroa St., Ste 1970
Los Angeles, CA 90071

*** See page(s) for service list ***

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _JULY 16, 2004_ at Los Angeles, California.

_Luis Torres_

Order on Motion                             2

HERNANDEZ, JOSE D.
9421 MINES AVENUE
PICO RIVERA, CA   90660

BANK OF AMERICA VISA
PO BOX 53132
PHOENIX, AZ   85072

VINCENT V FROUNJIAN, ESQ.
16133 VENTURA BLVD STE 560
ENCINO, CA   91436

L. BISHOP AUSTIN, ESQ.
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA   90010

CAPITAL ONE
P.O. BOX 60000
SEATTLE, WA   98190

WASHINGTON MUTUAL
PO BOX 60800
LOS ANGELES, CA   90060

CHAPTER 13 TRUSTEE
KATHY A. DOCKERY
700 S. FLOWER ST., STE 1950
LOS ANGELES, CA   90017

CITI PLATINUM SELECT
PO BOX 6000
THE LAKES, NV   89190

WASHINGTON MUTUAL BK DEPT
9601 MCALLISTER FREEWAY
SAN ANTONIO, TX   78216

CHAPTER 7 TRUSTEE
ROSENDO GONZALEZ
515 S. FIGUEROA ST., STE 1970
LOS ANGELES, CA   90071

CITIBANK
P.O. BOX 769013
SAN ANTONIO, TX   78245

OFFICE OF THE U.S. TRUSTEE
ERNST & YOUNG PLAZA
725 SO. FIGUEROA ST., 26TH FL
LOS ANGELES, CA   90017

HOUSEHOLD BANK
PO BOX 7680
CAROL STREAM, IL   60116

ALVARADO, SHAPIRO & WILSON
2677 N. MAIN ST., STE 550
SANTA ANA, CA   92705

INTERNAL REVENUE SERVICE
225 N BROADWAY 3RD FL
GLENDALE, CA   91204

AUTO ONE
PO BOX 8021
SOUTH HACKENSACK, NJ   07606

INTERNAL REVENUE SERVICE CH 13
INSOLVENCY II STOP 5117
300 N LOS ANGELES ST., #4062
LOS ANGELES, CA   90012

AUTO ONE ACCEPTANCE CORP
PO BOX 51849
LOS ANGELES, CA   90051

PAULINA HERNANDEZ
9421 MINES AVE
PICO RIVERA, CA   90660

BANK OF AMERICA
P.O. BOX 53132
PHOENIX, AZ   85072

U.S ATTORNEY TAX DIVISION
FEDEREL BUILDING, ROOM 7211
300 N. LOS ANGELES STREET
LOS ANGELES, CA   90012

BANK OF AMERICA
PO BOX 2240
BREA, CA   92822

U.S. D.J. TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC   20044

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>Jose D. Hernandez | CHAPTER  13 |
|---|---|
| | Debtor. CASE NUMBER: LA 03-26968-AA |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

RECEIVED 04 JUL 16 AM 10: 54 CLERK U.S. BKCY COURT CENT. DIST. OF CALIF. BY ___ DEPUTY

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
DEBTOR'S MOTION FOR AN ORDER VACATING ENTRY OF DISCHARGE IN A CHAPTER 7 CASE ENTERED ON OCTOBER 6, 2003.

was entered on *(specify date)*:   JUL 19 2004

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):   JUL 19 2004

Dated:   JUL 19 2004

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

Bankruptcy Case No. LA03-26968-AA

Jose D. Hernandez
9421 Mines Avenue
Pico Rivera, CA 90660

L. Bishop Austin
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

Office of U.S. Trustee
725 S. Figueroa St., 26th Fl
Los Angeles, CA 90017

Chapter 7 Trustee
Rosendo Gonzalez
515 S. Figueroa St., Ste 1970
Los Angeles, CA 90071


CHAPTER 13 TRUSTEE
700 S. FLOWER ST., #1950
LOS ANGELES, CA 90017